# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138456-8(93)(95)(97)

DERITH SMITH,
      Plaintiff-Appellant,

v

ANONYMOUS JOINT ENTERPRISE,
GEORGE PRESTON, MARY BARROWS,
VILLAGE OF SUTTONS BAY, and
CHARLES STEWART,
      Defendants,
and

DONALD BARROWS, JOHN STANEK, and
NOEL FLOHE,
      Defendants-Appellees.

_____

SC: 138456-8
COA: 275297, 275316, 275463
Leelanau CC: 05-006952-CZ

On order of the Chief Justice, motions by defendants-appellees Barrows and Stanek to extend the time for filing their briefs are considered and they are GRANTED. The motion by the Detroit News and others for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2010 _____

_____
Clerk